Order entered January 22, 2014



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-00985-CV
### MARIA E. ALCANTARA, Appellant

### V.

### AH4R-TX, LLC, Appellee
### On Appeal from the County Court at Law
### Rockwall County, Texas
### Trial Court Cause No. C113-058

## ORDER

By letter dated November 21, 2013, we referred appellant's affidavit of indigence to the trial court and directed Rockwall County Clerk Shelli Miller to file, no later than December 20, 2013, either (1) a supplemental clerk's record containing any contests to the affidavit of indigence and the order on the contests or (2) written verification that no contest was filed. On December 31, 2013, when we had not received a response from Ms. Miller, we again directed her by letter to file either the supplemental record or requested verification. We asked for a response by January 6, 2014. To date, however, she has not complied with our directive. Accordingly, we **ORDER** Rockwall County Clerk Shelli Miller to file either the requested supplemental record or written verification no later than January 29, 2014.

/s/    ELIZABETH LANG-MIERS
         JUSTICE